JOHN M. JONES et al., as Executors of and Trustees under the Will of MORGAN JONES, Deceased, Respondents, *v.* HANNAH R. ROCKWELL et al., Appellants, Impleaded with Others.

*Jones* v. *Rockwell*, 97 App. Div. 639 affirmed.
(Argued October 6, 1905; decided October 24, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 2, 1904, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*Peter A. Hendrick* and *Henry M. T. Beekman* for appellants.

*Richard T. Greene* and *John M. Jones* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN. J.

---

ANNIE A. GRIDLEY et al., as Executors of JAMES GRIDLEY, Deceased, Respondents, *v.* RUDOLF EINBIGLER et al., Appellants.

*Gridley* v. *Einbigler*, 98 App. Div. 160, affirmed.
(Argued October 6, 1905; decided October 24, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1904, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*Jerome Eisner* and *Benjamin F. Einbigler* for appellants.

*William B. Ellison* and *Duncan A. MacIntyre* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.